IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TOMMY LEE PORTER,**

    **Plaintiff,**

**vs.**                                                           **CASE NO. 1:07CV157-MP/AK**

**CITY OF GAINESVILLE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Appointment of Counsel.  (Doc. 3).  Appointment of counsel in a 1983 suit is not a right, it is a privilege and is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner.  Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990).  The Court has reviewed the First Amended Complaint filed in this cause (doc. 10), and it still fails to state a claim for relief.  Consequently, counsel will not be appointed and Plaintiff should consider dismissing the present lawsuit and bringing his claims in state court for relief.

As the Court explained in its previous Order (doc. 9), sex offenders are not a protected class for purposes of equal protection and housing. It appears from the Statement of Facts that Plaintiff is complaining about "false imprisonment" by the City of Gainesville, which may have been the result of a condition of his probation that he settle in a residence. The City is not responsible for imprisoning Plaintiff, the State of Florida would be the appropriate respondent on this issue, which should more properly be brought in a state court habeas petition prior to seeking habeas relief in federal court. Neither would the City be responsible for securing Plaintiff a home nor would it be liable for discrimination in housing since Plaintiff has not asserted that the City actually denied him residency at a public housing unit. Plaintiff was earlier complaining about a city ordinance that prohibited sex offenders from living near schools, but has not mentioned the ordinance in the amended pleading nor otherwise explained how such a prohibition would prevent him from living anywhere within the city limits.

Plaintiff will be allowed one more attempt at stating viable claims in a second amended complaint, but it is strongly suggested that he consider seeking relief for his claims in state court since these are clearly not federal claims.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Appointment of Counsel (doc. 3) is **DENIED**.

2. The Clerk of court shall forward to Plaintiff another Section 1983 form.

3. Plaintiff shall file a "Second Amended Complaint" on or before **February 22, 2008.**

**No. 1:07cv157-MP/AK**

4.  **Failure of Plaintiff to submit a Second Amended Complaint that states a claim for relief will result in a recommendation to the District Judge that this action be dismissed.**

**DONE AND ORDERED** this   **14**th   day of February, 2008.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv157-MP/AK**