### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE  DIVISION

**TOMMY LEE PORTER,**

    **Plaintiff,**

**vs.**                                                    **CASE NO. 1:07CV157-MP/AK**

**CITY OF GAINESVILLE, et al,**

    **Defendants.**

_____/


### <u>REPORT AND RECOMMENDATION</u>

Plaintiff was directed to file an amended complaint on or before February 22, 2008.  (Doc. 12).  He requested and was granted additional time, (docs. 14 and 15), through April 4, 2008, but as of this date there has been no pleading filed, and Plaintiff failed to respond to a show cause order entered on May 22, 2008.  (Doc. 16).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court directing that he pay an initial filing fee and to show cause as to why his case should not be dismissed.  (Docs. 12 and 16).

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this _**23**_<sup>rd</sup> day of June, 2008.


_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV157-MP/AK