IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TOMMY LEE PORTER,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00157-MP-AK

CITY OF GAINESVILLE, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion for Extension of Time, filed by Plaintiff Porter. By prior order, Plaintiff was directed to show cause no later than June 5, 2008, for the failure to file an amended complaint. When Plaintiff failed to respond to the order, the Magistrate filed a Report and Recommendation, which recommended that the instant complaint be dismissed. In the motion, Plaintiff requests a two-week extension of the deadline to show cause. Although that deadline has already passed, the Court will extend the deadline for filing objections to the Magistrate's Report, which will allow Plaintiff a final opportunity to show cause. Accordingly, Plaintiff shall file his objections to the Report and Recommendation on or before Tuesday, July 29, 2008.

    **DONE AND ORDERED** this  *25th* day of June, 2008

                                       *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge