IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TOMMY LEE PORTER,

     Plaintiff,

v.                                     CASE NO. 1:07-cv-00157-MP-AK

CITY OF GAINESVILLE, et al.,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's complaint, Doc. 1, be dismissed for failure to prosecute this case. The Magistrate Judge filed the Report and Recommendation on Monday, June 23, 2008. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made.

By prior order, Plaintiff was directed to file an amended complaint no later than February 22, 2008, and was granted an extension in which to file this complaint. When Plaintiff failed to do so, the Magistrate ordered Plaintiff to show cause for this failure. Because Plaintiff has not responded to the show cause order, the Magistrate recommends that this case be dismissed for failure to prosecute. Plaintiff has filed objections to the Magistrate's Report, Doc. 21, in which he states that he has been suffering from depression as well as other medical problems. These objections do not address Plaintiff's failure to prosecute this case, but rather argue that Plaintiff is incompetent to stand trial for unrelated criminal proceedings. Since

Plaintiff has failed to prosecute this action, the Court agrees with the Magistrate that it should be dismissed. Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 17, is adopted and incorporated by reference in this order.

2.      Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice.

**DONE AND ORDERED** this   *30th* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge